IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| LORI HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  17 cv 02318 |
| | ) | Honorable Colin S. Bruce |
| BOARD OF EDUCATION OF | ) | Magistrate Judge Eric I. Long |
| KANKAKEE SCHOOL DISTRICT #111, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION IN LIMINE #5 TO CAP TITLE VII DAMAGES**

Defendant, Board of Education of Kankakee School District No. 111, (the "School District" or the "BOE") by and through its attorney, Paulette A. Petretti of Scariano, Himes and Petrarca, Chtd., hereby submits the BOE's Motion to Cap Any Damages Awarded for Alleged Violations of Title VII.

1. A "motion in limine is an important tool available to the trial judge to ensure the expeditious and evenhanded management of the trial proceedings." *Saathoff v. Davis*, No. 13-CV-2253, 2015 U.S. Dist. LEXIS 193718, at *1-2 (C.D. Ill. 2015) (Bruce, J.) (citations omitted).

2. Although the Federal Rules of Evidence do not explicitly authorize *in limine* rulings, the practice has developed pursuant to the district court's inherent authority to manage the course of trials. *Id*. (citations omitted).

3. District courts have "broad discretion in ruling on evidentiary questions during trial or before on motions *in limine*." *Id.* (citations omitted).

4. A motion *in limine* "performs a gatekeeping function and permits the trial judge to eliminate from further consideration evidentiary submissions that clearly ought not be presented to the jury because they clearly would be inadmissible for any purpose." *Id.* (citations omitted).

1

5. Plaintiff alleges claims of race and sex discrimination in violation of Title VII and the Illinois Human Rights Act.

6. Title VII claims are constrained by statutory damages caps. See 42 U.S.C. § 1981a(b)(3). These caps provide outer limits on "[t]he sum of the amount of compensatory damages awarded under this section for future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses, and the amount of punitive damages awarded under this section." *Id.*

7. The cap amount is determined by calculating the number of an employer's employees in a calendar year. *Smith v. Farmstand*, No. 11-CV-9147, 2017 U.S. Dist. LEXIS 109349, at *53-54, 2017 WL 3008095 (N.D. Ill. Jul. 14, 2017)(reducing compensatory damages in Title VII case to $50,000).

8. The School District had approximately 809 employees (71 of whom were part time) during the 18/19 school year.  See Exhibit A, attached hereto.

9. The cap for employers with more than 500 employees is $300,000.  42 U.S.C. § 1981a(b)(3)(D).

10. Therefore, Plaintiff is not entitled to recover more compensatory damages than the statutory cap, should liability be imposed in this case.

Wherefore, Defendant moves this court to grant Defendant's Motion in Limine #5 to impose a cap on compensatory damages at no more than the maximum amount allowed under 42 U.S.C. § 1981a(b)(3).

Respectfully submitted,

BOARD OF EDUCATION OF KANKAKEE
SCHOOL DISTRICT No. 111

By: s/Paulette A. Petretti
Counsel for Board of Education of Kankakee
School District No. 111

PAULETTE A. PETRETTI
SCARIANO, HIMES AND PETRARCA, CHTD.
Two Prudential Plaza
180 North Stetson, Suite 3100
Chicago, Illinois 60601-6702
312-565-3100 ext. 245
ppetretti@edlawyer.com

G:\WP51\COMMON\SD1\SD111KK\HOLMES FEDERAL LAWSUIT - 0025170\2018 AMENDED COMPLAINT\Trial\MOTIONS IN LIMINE\5.CAP.TITLEVII.DAMAGES.doc

**CERTIFICATE OF SERVICE**

     The undersigned attorney certifies that she caused true and correct copies of the **Defendant's Motion in Limine #5 to Cap Title VII Damages** to be served upon the attorneys listed below, through the Central District of Illinois Electronic Filing System by transmitting a copy to her as listed below and as on record with her appearances in the above-referenced case with the United States District Court for the Central District of Illinois.

Kathryn Korn
Attorney for Plaintiff
8501 West Higgins
Suite 270
Chicago, IL  60631
(773) 444-0041

Dated this 19th day of December 2019

                                        Respectfully submitted,

                                        BOARD OF EDUCATION OF KANKAKEE
                                        SCHOOL DISTRICT No. 111

                                By:  s/Paulette A. Petretti
                                        Counsel for Board of Education of Kankakee
                                        School District No. 111

PAULETTE A. PETRETTI (6203646)
SCARIANO, HIMES AND PETRARCA, CHTD.
Two Prudential Plaza
180 North Stetson, Suite 3100
Chicago, Illinois 60601-6702
312-565-3100 ext. 245
ppetretti@edlawyer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LORI HOLMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17 cv 02318 |
| | ) |
| BOARD OF EDUCATION OF | ) |
| KANKAKEE SCHOOL DISTRICT #111, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S MOTION IN LIMINE #5 TO CAP TITLE VII DAMAGES**

# EXHIBIT A

# KANKAKEE SCHOOL DISTRICT #111

## STAFF DATA FOR 17/18 AND 18/19 SCHOOL YEARS

| SCHOOL YEAR | NUMBER OF PART TIME EMPLOYEES | NUMBER OF FULL TIME EMPLOYEES | TOTAL NUMBER OF EMPLOYEES |
|---|---|---|---|
| 2017-2018 | 71 | 720 | 791 |
| 2018-2019 | 71 | 738 | 809 |

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in the attached instruments are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____          Dated: 12/18/19
**Dr. Kathleen O'Connor**

**Dr. Kathleen O'Connor**
**Assistant Superintendent for Human Resources**
**Kankakee School District 111**
**240 Warren Ave / Kankakee, Illinois 60901**
**Direct: 815-802-7713 / Fax: 815-802-7714**
**Email: kathleen-oconnor@ksd111.org / Website: www.ksd111.org**